**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

RAYMOND DEAN ORDOUKHANIAN,  )
                            )
    *Plaintiff,*             )
                            )
v.                          )  No. 4:26-cv-00944-JMD
                            )
MISSOURI STATE HIGHWAY       )
PATROL, et al.,             )
                            )
    *Defendants.*            )

## ORDER

Raymond Dean Ordoukhanian, an inmate, has filed a prisoner civil rights complaint, plus several other motions.  But as he acknowledges, this lawsuit simply duplicates an argument he is pressing in a different case.  ECF 1 at 17 (acknowledging that this suit "is directly tied to . . . No. 4:25-cv-1715-MAL").  Ordoukhanian complains that the prison will not let him access a flash drive, and he says this is frustrating his ability to litigate his habeas claim in No. 4:25-cv-1715-MAL.  ECF 1 at 20–21.  But he is arguing the same issue in the other case, which was filed before this one.  *E.g.*, ECF 33 and 44 in No. 4:25-cv-1715-MAL.  Ordoukhanian cannot litigate the same issue simultaneously in two suits.  The doctrine against claim splitting "permits the dismissal of a duplicative action while the first action remains pending."  *Kezhaya v. City of Belle Plaine, Minn.*, 78 F.4th 1045, 1050 (8th Cir. 2023).  This suit is **DISMISSED.**

Dated this 3rd day of July, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI